**COMMISSIONER OF INTERNAL REVE-
NUE v. KENTON PHARMACAL
COMPANY.**

**No. 7396.**

Circuit Court of Appeals, Sixth Circuit.

May 6, 1936.

Robert H. Jackson, Asst. Atty. Gen., for petitioner.

Elden McFarland, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed on motion of petitioner.

**COMMISSIONER OF INTERNAL REVE-
NUE v. Bruce J. MAGUIRE and
Vera S. Maguire.**

**No. 7402.**

Circuit Court of Appeals, Sixth Circuit.

May 14, 1936.

Robert H. Jackson, Asst. Atty. Gen., for petitioner.

Jacob S. Seidman, of New York City, for respondents.

PER CURIAM.

Docketed and dismissed on motion of petitioner.

**CURRENT NEWS FEATURES, Inc., Peti-
tioner, v. Charles B. DAVIS, Judge of the
District Court of the United States, Eastern
District of Missouri.**

**No. 399 Orig.**

Circuit Court of Appeals, Eighth Circuit.

June 12, 1936.

J. M. Blayney, William S. Bedal, and Harold S. Cook, all of St. Louis, Mo., for petitioner.

J. Porter Henry, of St. Louis, Mo., for respondent.

PER CURIAM.

Petition for leave to file petition for writ of mandamus denied.

**James DARIENZO, Appellant, v. UNITED
STATES of America, Appellee.**

**No. 465.**

Circuit Court of Appeals, Second Circuit.

June 22, 1936.

Maxwell Shapiro, of New York City (Asa S. Herzog, of New York City, of counsel), for appellant.

Lamar Hardy, U. S., Atty., of New York City (John J. Dowling, Asst. U. S. Atty., and Paul Nulle, Special Asst. U. S. Atty., both of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**DEISEL–WEMMER–GILBERT CORP. v.
Chas. H. GRAVES, Individually and as Col-
lector of Internal Revenue for the 10th Dis-
trict of Ohio.**

**No. 7186.**

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1936.

Smith, Baker, Effler & Eastman, of Toledo, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.